JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG PRIEST,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 8:19-cv-01474 JLS (KESx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 8:19-cv-01474 JLS (KESx), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby taken off calendar.

　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: 03/27/2020

JOSEPHINE L. STATON
———————————————
Hon. Josephine L. Staton
United States District Judge

173310.1

Case No. 8:19-cv-01474 JLS (KESx)
ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE